# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and EERO LLC.<br><br>　　　　Defendants. | Case No. 6:21-cv-619-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 6:21-cv-620-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ASUSTEK COMPUTER INC.<br><br>　　　　Defendant. | Case No. 6:21-cv-622-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CISCO SYSTEMS, INC. | Case No. 6:21-cv-623-ADA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| MERAKI LLC<br><br>                    Defendants. | |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>                    Plaintiff,<br><br>              v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 6:21-cv-625-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>                    Plaintiff,<br><br>              v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                    Defendants. | Case No. 6:21-cv-626-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>                    Plaintiff,<br><br>              v.<br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>                    Defendants. | Case No. 6:21-cv-646-ADA<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>                    Plaintiff,<br><br>              v. | Case No. 6:21-cv-694-ADA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| HP INC., <br><br>                            Defendant. <br><br> XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>                            Plaintiff, <br><br>                            v. <br><br> MICROSOFT CORPORATION, <br><br>                            Defendant. | Case No. 6:21-cv-695-ADA <br><br> **JURY TRIAL DEMANDED** |

## **MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's Standing Order Governing Proceedings – Patent Cases, Plaintiff XR Communications, LLC, dba Vivato Technologies ("XR" or "Vivato") and Defendants Amazon.com, Inc., Amazon.com Services LLC, and eero LLC (collectively "Amazon"), Apple Inc. ("Apple"), AsusTEK Computer Inc. ("Asus"), Cisco Systems, Inc. and Meraki LLC (collectively "Cisco"), Google LLC ("Google"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung"), Dell Technologies Inc. and Dell Inc. (collectively "Dell"), HP Inc. ("HP"), and Microsoft Corporation ("Microsoft"), move that the Court enter the agreed Scheduling Order, attached as Exhibit A.

3

Dated: January 12, 2022                     Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Minna Chan (CA SBN 305941)
mchan@raklaw.com
Christian Conkle (CA SBN 306374)
cconkle@raklaw.com
Jason M. Wietholter (CA SBN 337139)
jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Attorneys for Plaintiff XR Communications, LLC, d/b/a Vivato Technologies, Inc.***


Respectfully submitted,

*/s/ Brady Cox*
Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone:  214-922-3423
Facsimile:  214-922-3899
mike.newton@alston.com
brady.cox@alston.com

Lauren N. Griffin (NC Bar No. 54766)
**ALSTON & BIRD LLP**
101 S. Tryon Street; Suite 4000
Charlotte, North Carolina 28280
Telephone: 704-444-1059
Facsimile:  704-444-1111

4

lauren.griffin@alston.com

*Attorneys for Defendants Dell Technologies Inc. and Dell Inc.*

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC. AND MERAKI LLC

By:  */s/ Kelly C. Hunsaker*
Katherine Vidal (CA Bar No. 194971)
KVidal@winston.com
Kelly C. Hunsaker (CA Bar No. 168307)
KHunsaker@winston.com
Matthew R. McCullough (CA Bar No. 301330)
MRMcCullough@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

**ATTORNEYS FOR MICROSOFT CORPORATION**

/s/ Robert T. Cruzen
Deron R. Dacus
Texas State Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 581-2543

Robert T. Cruzen (Admitted Pro Hac Vice)
Oregon State Bar No. 080167
rob.cruzen@klarquist.com
James E. Geringer (Admitted Pro Hac Vice)
Oregon State Bar No. 951783
james.geringer@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

Counsel for
AMAZON.COM, INC.,
AMAZON.COM SERVICES LLC, and
EERO LLC


/s/ Ryan M. Nishimoto
Ryan M. Nishimoto (*pro hac vice*)
(CA Bar No. 235208)
**Arnold & Porter Kaye Scholer LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Fax: (213) 243-4199
Email: ryan.nishimoto@arnoldporter.com

Jin-Suk Park (DC Bar No. 484378)
Paul Margulies (*pro hac vice*)
Atanas T. Baitchev (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
202-942-5648
Fax: 202-942-5999

6

Email: jin.park@arnoldporter.com
Email: paul.margulies@arnoldporter.com
Email: atanas.baitchev@arnoldporter.com

Melissa Richards Smith
**Gillam and Smith, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
Fax: (903)934-9257
Email: melissa@gillamsmithlaw.com

ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECS. CO., LTD. AND
SAMSUNG ELECS. AMERICA, INC.

*/s/ Paul Margulies*
Paul Margulies (DC Bar No. 1000297)
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
Fax: (202) 942-5999
Email: paul.margulies@arnoldporter.com

Michael A. Berta (*pro hac vice*)
Bonnie Phan (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
(415) 471-3100
Fax: (415) 471-3400
Email: michael.berta@arnoldporter.com
Email: bonnie.phan@arnoldporter.com

Michael D.K. Nguyen
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real, Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500
Fax: (650) 319-4700
Email: michael.nguyen@arnoldporter.com

Nicholas H. Lee (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street, 44th Floor

Los Angeles, CA 90017-5844
(213) 243-4156
Fax: (213) 243-4199
Email: Nicholas.Lee@arnoldporter.com

Paige Arnette Amstutz
**Scott, Douglass & McConnico, LLP**
303 Colorado Street
Suite 2400
Austin, TX 78701
(512) 495-6300
Fax: 512-495-6399
Email: pamstutz@scottdoug.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

/s/   J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
**Kelly Hart & Hallman LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

Michael T. Pieja (*Pro Hac Vice)*
Doug Winnard (*Pro Hac Vice*)
Lesley Hamming (*Pro Hac Vice*)
Jennifer M. Hartjes (*Pro Hac Vice*)
**Goldman Ismail Tomaselli Brennan & Baum LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: mpieja@goldmanismail.com
Email: dwinnard@goldmanismail.com
Email: lhamming@goldmanismail.com
Email: jhartjes@goldmanismail.com

ATTORNEYS FOR DEFENDANT APPLE INC.

By: /s/ *Jonathan Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John Downing (CA Bar No. 252850)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Allen F. Gardner
Texas Bar No. 24043679
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Tel: (903) 944-7537
Fax: (903) 944-7856
Allen@allengardnerlaw.com

ATTORNEYS OR DEFENDANT
ASUSTeK COMPUTER INC.


  /s/ *Aamir Kazi*
 Tommy Jacks
 Texas Bar No. 10452000
 jacks@fr.com
 111 Congress Avenue, Suite 810
 Austin, TX 78701
 Tel: (512) 472-5070
 Fax: (512) 320-8935

 Ahmed J. Davis (Admitted *pro hac vice*)
 1000 Maine Ave. SW, Suite 1000
 Washington, DC 20024
 davis@fr.com
 Tel:  (202) 783-5070
 Fax:  (202) 783-2331

9

Aamir A. Kazi (Admitted pro hac vice)
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
kazi@fr.com
Tel: (404) 892-5005
Fax: (404) 892-5002

**ATTORNEYS FOR DEFENDANT HP INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on January 12, 2022.

                                              */s/ Reza Mirzaie*
                                              Reza Mirzaie