IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba, VIVATO TECHNOLOGIES<br><br>                    Plaintiff,<br><br>         v.<br><br>MICROSOFT CORPORATION,<br><br><br>              Defendants. | CIVIL ACTION NO. 6:21-CV-00695-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff XR Communications, LLC, dba, Vivato Technologies ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft") announced to the Court that they have resolved Plaintiff's claims for relief against Microsoft asserted in this case and Microsoft's defenses against Plaintiff asserted in this case.  Plaintiff and Microsoft have therefore requested that the Court dismiss Plaintiff's claims for relief against Microsoft with prejudice and Microsoft's defenses against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Microsoft are dismissed with prejudice and Microsoft's defenses against Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The Clerk of Court is hereby directed to close the above case.

SIGNED this 29th day of May, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE